IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUORDALIS V. SANDERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-808-wmc

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, SEX OFFENDER REGISTRY
PROGRAM And KATIE MEARS,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |