IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUORDALIS SANDERS,

                Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS SEX OFFENDER
REGISTRY PROGRAM, and
KATIE MEARS,

                Defendants.

ORDER

15-cv-808-wmc

---

On May 23, 2017, the court denied *pro se* plaintiff Quordalis Sanders leave to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(g), since Sanders had previously filed three or more lawsuits that were dismissed as frivolous or for failure to state a claim, and Sanders had not pled facts suggesting that he was in imminent danger of serious bodily injury. (Dkt. #4, at 1-2.) On October 4, 2017, the court denied Sanders' motion for reconsideration, giving him until November 3, 2017, to submit the full $400 filing fee. (Dkt. #7.) On September 18, 2018, after Sanders did not submit the full filing fee, the court dismissed this lawsuit. (Dkt. #11.) On October 8, 2018, Sanders filed a letter, asking that the court forward this matter to the United States Supreme Court, for direct review pursuant to United States Supreme Court Rule 18. (Dkt. #16.) However, that rule is not applicable. It sets forth the procedure for a direct appeal to the Supreme Court as "authorized by law," Sup. Ct. R. 18(1), but a direct appeal from a district court is permitted only when a decision is issued by a three-judge district court panel, *see* 28 U.S.C. § 1253, which is not the case here. Accordingly, the court is denying Sanders' request.

ORDER

IT IS ORDERED that Quordalis Sanders' letter seeking direct review by the United States Supreme Court (dkt. #16) is DENIED.

Entered this 12th day of September, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge